DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD JENNINGS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1699

[June 20, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 15-1774CF10A.

Carey Haughwout, Public Defender, and Claire Victoria Madill, Assistant Public Defender, West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Paul Patti, III, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY and FORST, JJ., and SASSER, MEENU, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***